**Exhibit B**



## Cliffs/Tom
+15868637615

Wednesday, June 26, 2019



Hey Tom,this evening would be fine to call

12:11 PM

 Enter message

WILLIAMS000165

Exhibit B



## Cliff George
+14197085124

 

---
Thursday, June 27, 2019
---

**Goodmorning George ,this is Evelyn Williams i will not be in to work ,same as yesterday, sick at the stomach, ill keep you posted.Have a good day**

5:27 AM

**I will call at 6:30 to know**

WILLIAMS000166





## Cliff George
+14197085124



**work ,same as yesterday, sick at the stomach, ill keep you posted.Have a good day**

5:27 AM

**I will call at 6:30 to know you recieved message**

5:29 AM



Okay, get well and keep me posted . Thank you

6:08 AM

 Enter message 

WILLIAMS000167

**Exhibit B**

## Cliff George
+14197085124

and keep me posted . Thank you

6:08 AM

Friday, June 28, 2019

Morning George, i wont be in today,a little better , ill probally will be back to work Monday. Thank you.

6:40 AM

Okay, have a good day

6:56 AM

Enter message

WILLIAMS000168