# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **EVELYN WILLIAMS,**<br><br>*Plaintiff,*<br>vs.<br>**BARTON MALOW CO.,** *ET AL.*<br><br>*Defendants.* | Case No. 3:20-cv-2594<br><br>Judge James G. Carr |
| **PLAINTIFF EVELYN WILLIAMS'S RESPONSE TO DEFENDANTS' SURREPLY REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** | |

Plaintiff Evelyn Williams respectfully submits this response to Defendants' surreply regarding her motion for leave to amend the complaint. ECF #16. This response addresses a single argument raised for the first time in the surreply: that leave to amend should be denied because the amended claims under Ohio Rev. Code § 4112.02 do not relate back for statute-of-limitations purposes under Fed. R. Civ. P. 15(c).

Based on the relevant statute of limitations, however, it is immaterial whether the added Ohio Rev. Code § 4112.02 claims relate back under Rule 15(c). Regardless of this Court's retroactivity analysis, the claims were filed within the statute of limitations.

- Because the amended claims under Ohio Rev. Code § 4112.02 arose before H.B. 352 took effect, they are subject to a six-statute of limitations.[1]

- Alternatively, even under the revised version of Ohio Rev. Code Chapter 4112, Williams's claims are timely filed. As revised, the claims have a statute of limitations of two years ***plus automatic tolling while a related administrative charge is pending***.[2]

---

[1] *Cosgrove v. Williamsburg of Cincinnati Mgt. Co.*, 70 Ohio St.3d 281, 284–85, 638 N.E.2d 991 (1994).
[2] Ohio Rev. Code § 4112.052(C).

Here, Williams's dual-filed charge against Barton Malow—which, by statute, exhausted administrative remedies against both Barton Malow and the individual defendants[3]—tolled the statute of limitations from August 6, 2019 (filing of the charge) to August 21, 2020 (closing of the charge), a period of 382 days. After accounting for tolling, only 426 days—i.e. less than two years—passed between Williams's termination and her motion for leave to amend her complaint.

Date: November 23, 2021

Respectfully submitted,

/s/ *Patrick Haney*
Subodh Chandra (0069233)
Patrick Haney (0092333)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

*Attorneys for Plaintiff Evelyn Williams*

---

[3] *See* Ohio Rev. Code § 4112.052(B)(4)(b).