IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **EVELYN WILLIAMS**, <br> *Plaintiff*, <br> vs. <br> **BARTON MALOW CO.**, *et al.* <br> *Defendants.* | Case No. 3:20-CV-02594-JGC <br><br> Judge James G. Carr |
| **JOINT PROPOSED CASE SCHEDULE** ||

     As requested in this Court's October 20, 2022 non-document order, the parties have conferred about their discovery needs, compared calendars, and agreed to participate in an initial settlement conference (and/or a private mediation) following limited discovery. The parties' counsel also discussed their rather intense discovery schedules in other cases and their other professional commitments over the next few months, as well as the intervening holiday season, and have agreed to propose a somewhat-extended case schedule to accommodate these circumstances. The parties thus propose the following schedule for the completion of fact discovery, exchange of expert reports, conduct of expert depositions, and submission of dispositive motions:

- Completion of fact discovery – April 28, 2023
- Plaintiff's expert report(s) – May 26, 2023
- Defendants' expert report(s) – June 23, 2023
- Plaintiff's expert rebuttal report – July 7, 2023
- Completion of expert discovery – July 28, 2023
- Dispositive motions – August 25, 2023

| | |
|---|---|
| Dated: November 4, 2022 | Respectfully submitted, |
| | |
| */s/ David Campbell (per email consent)* | */s/ Donald Screen* |
| David Campbell (0066494) | Subodh Chandra (0069233) |
| Andrea Arnold (0099455) | Donald Screen (0044070) |
| Lewis Brisbois Bisgaard & Smith, LLP | The Chandra Law Firm LLC |
| 1375 E. 9th Street, Suite 2250 | The Chandra Law Building |
| Cleveland, Ohio 44114 | 1265 West Sixth Street, Suite 400 |
| Phone: (216) 344-9422 | Cleveland, Ohio 44113 |
| Fax: (216) 344-9421 | 216.578.1700 (p) / 216.578.1800 (f) |
| David.A.Campbell@lewisbrisbois.com | Subodh.Chandra@ChandraLaw.com |
| Andrea.arnold@lewisbrisbois.com | Donald.Screen@ChandraLaw.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff Evelyn Williams and for bankruptcy estate and its trustee* |