# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EVELYN WILLIAMS, | ) CASE NO: 3:20-CV-02594-JGC |
| Plaintiff, | ) JUDGE JAMES G. CARR |
| -v- | ) |
| BARTON MALOW CO., et al., | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Andrea V. Arnold of the law firm of Kohrman Jackson & Krantz LLP withdraws co-counsel for Defendants, Barton Malow Co., Tom Garza, Robert Gadson, Darryl Williams, George Whritenour and Lohn Goble. The undersigned requests that Ms. Arnold be removed from all pleadings, notices, and other communications by the Court.

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Andrea V. Arnold*
ANDREA V. ARNOLD (0099455)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Phone:  (216) 696-8700/Fax: (216) 621-6536
Email: ava@kjk.com
*Co-Counsel for Defendants, Barton Malow Co.,
Tom Garza, Robert Gadson, Darryl Williams,
George Whritenour and Lohn Goble*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent via the Court's electronic docketing system this 27th day of March, 2023, to the following:

Brian D. Bardwell, Esq.
Speech Law
1265 West 6th Street, Suite 400
Cleveland, OH 44113
efile@speech.law
*Co-Counsel for Plaintiff, Evelyn Williams*

David A. Campbell, Esq.
Donald G. Slezak, Esq.
Lewis Brisbois Bisgaard & Smith
1375 E 9th Street – Suite 2250
Cleveland, OH 44114
David.A.Campbell@lewisbrisbois.com
Donald.Slezak@lewisbrisbois.com
*Co-Counsel for Defendants, Barton Malow Co., Tom Garza, Robert Gadson, Darryl Williams, George Whritenour and Lohn Goble*

Donald P. Screen, Esq.
Subodh Chandra, Esq.
Chandra Law
1265 West 6th Street – Suite 400
Cleveland, OH 44113
Donald.Screen@chandralaw.com
Subodh.Chandra@chandralaw.com
*Co-Counsel for Plaintiff, Evelyn Williams*
Patrick C. Haney, Esq.
Legal Aid Society of Cleveland
1223 West 6th Street – Suite 400
Cleveland, OH 44113
Patrick.Haney@lasclev.org
*Co-Counsel for Plaintiff, Evelyn Williams*

                                          */s/ Andrea V. Arnold*
                                          ANDREA V. ARNOLD