IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **EVALYN WILLAMS,** | ) | **Case No.** 3:20-cv-02594 |
| Plaintiff, | ) ) | **JUDGE:** James G. Carr |
| *vs*. | ) ) | **MAGISTRATE:** James R. Knepp |
| **BARTON MALOW CO.,** *et al.,* | ) ) | |
| Defendants | ) ) ) | |

## NOTICE OF APPEARANCE

Attorney Donald G. Slezak of the law firm Gordon Rees Scully Mansukhani, LLP hereby gives notice to this Court and to all parties that he enters his appearance as additional counsel of record for all Defendants.  Attorney David A. Campbell remains as counsel for Defendants.  It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Defendants.

        Respectfully submitted,

        */s/ Donald G. Slezak*
        David A. Campbell (0066494)
        Donald G. Slezak (0092422)
        Gordon Rees Scully Mansukhani, LLP
        600 Superior Ave., East
        Suite 1300
        Cleveland, OH 44114
        Phone: (216) 302-2531
        Fax: (216) 539-0026
        Email: dcampbell@grsm.com
                dslezak@grsm.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the County's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Donald G. Slezak*
Donald G. Slezak     (0092422)