**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **EVALYN WILLAMS,** | ) | **Case No.** 3:20-cv-02594 |
| | ) | |
| Plaintiff, | ) | **JUDGE:** James G. Carr |
| | ) | |
| *vs*. | ) | **MAGISTRATE:** James R. Knepp |
| | ) | |
| **BARTON MALOW CO.,** *et al.,* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

---

**NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS**

---

Attorney David A. Campbell of the law firm Gordon Rees Scully Mansukhani, LLP hereby gives notice to this Court and to all parties that he is no longer with the firm of Lewis Brisbois Bisgaard & Smith LLP.  It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Defendant at his new contact information below:

David A. Campbell
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531/Fax: (216) 539-0026
dcampbell@grsm.com

Respectfully submitted,

/s/ David A. Campbell
David A. Campbell (0066494)
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
Email: dcampbell@grsm.com
        dslezak@grsm.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the County's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David A. Campbell*
David A. Campbell     (0066494)