IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Evelyn Williams, | Case No. 20-cv-02594-JGC |
| Plaintiff, | |
| v. | **ORDER** |
| Barton Malow Co., *et al.*, | |
| Defendants. | |

Before me is Defendants' unopposed motion to extend certain deadlines. (Doc. 41, PageID. 372). In it, Defendants make three requests.

First, the discovery cut-off was on November 20, 2023. (*See* Oct. 19, 2023 Minute Entry). Defendants seek to take an additional deposition on January 29, 2024. (Doc. 41, PageID. 372). The parties have indicated that the deposition will assist both sides in evaluating their settlement positions. I grant leave for this deposition to occur, even though it will be well-past the discovery deadline.

Second, the parties both seek to extend the deadline to notify me regarding whether they will agree to a proposed settlement. (Doc. 41, PageID. 372). I grant the request. The deadline is now on February 2, 2024 by 4:00pm.

Lastly, the parties ask me to extend the dispositive motion schedule so that summary judgment motions would be due on February 12, 2024. (Doc. 41, PageID. 372). The briefing deadlines are currently January 15, 2024 for motions for summary judgment, February 15, 2024 for oppositions, and March 1, 2024 for replies. (*See* Dec. 19, 2023 Minute Entry). Presumably, the January 29, 2024 deposition may also impact the content of the dispositive motions. Though, most

of that content should already be well-known to both sides since at least the November 20, 2023 discovery cut-off.

Accordingly, I grant the following extended and modified deadlines. The summary judgment deadline is February 12, 2024, March 4, 2024 for oppositions, and March 11, 2024 for replies. The parties should note that I have shortened the time between the motion and opposition from the typical thirty days to twenty-one days. I have shortened the time for replies to seven days after the opposition. I am doing so because this case was filed on November 18, 2020. It has been pending for over three years. I have every intention of addressing the dispositive motions, once decisional, as quickly as I can turn my attention to them. I will not grant any further extension requests.

SO ORDERED.

*/s/ James G. Carr*
Sr. U.S. District Judge