IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Evelyn Williams                                    Case No. 3:20cv2594

          Plaintiff,

  v.                                              ORDER

Barton Malow Co. et al,

          Defendant.

A Status Conference was held on March 25, 2024 before the undersigned. Counsel for the parties notified the court that the settlement agreement has been signed and the checks submitted thereby fully resolving this matter.

Therefore, it is hereby

Ordered That:

The case having been submitted for final approval and closure of bankruptcy proceedings instituted by the Plaintiff (Case No. 22-11291) with the result that this Court has no continuing jurisdiction over this matter, the case is hereby dismissed with prejudice.

So ordered.

                                                                         s/James G. Carr

                                                            Sr. U. S. District Court Judge