The stipulated dismissal with prejudice is granted pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs. The Court will retain jurisdiction solely to enforce the settlement.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge
DATE: 6/10/2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **EVELYN WILLIAMS,**<br><br>       Plaintiff,<br><br>v.<br><br>**BARTON MALOW CO.,** *et al.*<br><br>       Defendants. | Case No. 3:20-cv-02594-JGC<br><br>Judge James G. Carr |
| **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** | |

    The matter having been resolved, Plaintiff Evelyn Williams and Defendants Barton Malow Co., *et. al.* respectfully and jointly file this stipulated notice of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1), each party to bear their own costs. The Court will retain jurisdiction solely to enforce the settlement.

| | |
|---|---|
| Dated: June 5, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ Donald P. Screen* | */s/ Per consent* |
| Subodh Chandra (0069233) | David A. Campbell (0066494) |
| Donald P. Screen (0044070) | Donald G. Slezak (0092422) |
| THE CHANDRA LAW FIRM LLC | Gordon Rees Scully Mansukhani, LLP |
| The Chandra Law Building | 600 Superior Ave., East, Suite 1300 |
| 1265 West 6th Street, Suite 400 | Cleveland, OH 44144 |
| Cleveland, Ohio 44113 | Phone: (216) 302-2531 |
| 216.578.1700 (p) / 216.578.1800 (f) | Fax: (216) 539-0026 |
| Subodh.Chandra@ChandraLaw.com | dcampbell@grsm.com |
| Donald.Screen@ChandraLaw.com | dslezak@grsm.com |
| | |
| *Attorneys for Plaintiff Evelyn Williams* | *Attorneys for Defendants Barton Malow Co.,* |
| *and for bankruptcy estate and its trustee* | *Tom Garza, Robert Gadson, Darryl Williams,* |
| | *George Whritenour, and Lohn Goble* |